# EXHIBIT C



**TOTAL CAR CARE EXPERTS**

June 13, 2011

**Via Overnight Mail,**
**Certified Mail (Return Receipt Requested)**
**And U.S. Mail**

James Dunlap and Russell L. Blackburn
1330 S. Military Highway
Chesapeake, VA 23320

    RE:    Expiration of your AAMCO franchise

Dear Messrs. Dunlap and Blackburn:

    On June 5, 2011, your AAMCO franchise for the AAMCO center located at 1330 S. Military Highway, Chesapeake, Virginia expired according to its terms. Accordingly, you are no longer authorized to operate an AAMCO center at that location, or any other location.

    AAMCO Transmissions, Inc. ("ATI") therefore demands that you: (1) immediately and permanently discontinue the use of the mark AAMCO and all similar names or marks tending to indicate that you are an authorized AAMCO franchisee; (2) promptly destroy or surrender to ATI all signs, stationery, letterheads, forms, printed matter and advertising material containing the mark AAMCO, all similar names or marks or any other designation tending to indicate that you are an authorized franchisee of ATI; (3) immediately and permanently discontinue all advertising as an authorized AAMCO franchisee; (4) transfer to ATI each telephone number listed under the designation AAMCO or any similar designation and execute such instruments and take such steps as ATI may require to accomplish the transfer of each such telephone number; (5) refrain from doing anything that would indicate that you are or were an authorized AAMCO franchisee; (6) refrain from directly or indirectly engaging in the transmission repair business within a radius of ten miles from the center location, or any other AAMCO center location, for a period of one year. In addition, you must immediately pay to ATI all amounts owed by you to ATI. Attached for your convenience is a Settlement Sheet which shows that you have an outstanding balance owed to ATI of $13,548.45. In addition, you owe franchise fees to ATI for the following unreported weeks ending 7/12/08, 5/28/11 and 6/4/11.

    If you refuse to comply with the post-expiration covenants referenced above, ATI will bring a

legal action seeking damages and an order compelling your compliance with the post-expiration covenants as well as ATI's costs and attorneys fees. ATI looks forward to your prompt compliance.

Sincerely,

James Goniea
Vice President & General Counsel

Encl.

cc:  Marc Graham
     Brian O'Donnell
     Mike Sumsky
     Bruce Chidsey
     Jerry Ferrier
     W. Michael Holm, Esq.

```
BRR125B                    S E T T L E M E N T   S H E E T
  4660    J M DUNLAP/R L BLACKBURN                  DATE PREPARED:  6/19/11
         1330 S MILITARY HWY
         CHESAPEAKE              VA    23320
FRANCHISE FEE    5.00    AD POOL 440     REGION: CAPITAL
DATE OPENED   3/22/82  DATE CLOSED  0/00/00   COLLECTOR: Diana Gonzalez
***************************************************************************
         TOTAL          CASH         UNCOLLECTED   : (PRIOR 24 WKS)  NET REPORTED  21
  YR     GROSS        RECEIPTS         CASH        :   TOTAL GROSS       366,967.42
  11   366,967.42    438,364.32      71,396.90-    :   AVG WKLY GROSS      9,174.18
  10   491,432.13    289,632.34     201,799.79     :   AVG WKLY CASH      10,959.10
   9   277,295.72    263,882.20      13,413.52     :   ARO                 1,675.65
***************************************************************************
** NOTE: Owner Has Other Centers:    20380

                            AMOUNTS DUE AAMCO
 CREDIT TERMS:       COD

EQUIPMENT/SUPPLIES:                          NATIONAL CREATIVE:
    CURRENT                    .00              ADVERTISING             1,342.38
    OVER 30                    .00
    OVER 60                    .00           REMANUFACTURED TRANSMISSIONS:
    OVER 90                    .00              PAST DUE                    .00
    OVER 120                156.39-              CURRENT DUE                 .00
                                                        TOTAL:              .00
                   TOTAL:   156.39-
                                             SERVICE PLUS:
                                                PAST DUE                    .00
NOTES - AAMCO:                                  CURRENT DUE                 .00
    PAST DUE                   .00                      TOTAL:              .00
    CURRENT DUE                .00
    FUTURE DUE                 .00
                                             REFERRAL FEE:
                   TOTAL:      .00              PAST DUE                    .00
                                                CURRENT DUE                 .00
INTERSHOP:                                              TOTAL:              .00
    PAYABLES                752.20
    CASH                     52.52           TELEPHONE:
            NET PAYABLES:   699.68              PAST DUE                  14.61
                                                CURRENT DUE                6.96
ENGINES:                                                TOTAL:             21.57
    PAST DUE                   .00
    CURRENT DUE                .00
                   TOTAL:      .00           FOCUS:
                                                PAST DUE                    .00
AON PREMIUMS:                                   CURRENT DUE                 .00
    PAST DUE                   .00                      TOTAL:              .00
    CURRENT DUE                .00
                   TOTAL:      .00


READY PARTS:                                 DIRECTECH:
    PAST DUE                   .00              PAST DUE                    .00
    CURRENT DUE                .00              CURRENT DUE                 .00
                   TOTAL:      .00              FUTURE DUE                  .00
                                                        TOTAL:              .00
INITIAL RECEIVABLES:           .00
PROPERTIES:                    .00           COTTMAN CONVERSION:
RECOVERABLE EXPENSE:           .00              PAST DUE                    .00
REPORTED FF DUE:          9,008.42              CURRENT DUE                 .00
    AUDIT $ :                  .00              FUTURE DUE                  .00
                                                        TOTAL:              .00
```

```
UNAPPLIED/PENDING:                      .00       QUARTERLY PROMOTIONS:
                                                     PAST DUE                    .00
AMERICAN TRAVELER:                                   CURRENT DUE                 .00
   PAST DUE                .00                              TOTAL:               .00
   CURRENT DUE             .00
              TOTAL:       .00                    ACCEL ADVERTISING:
                                                     PAST DUE                    .00
INTERNET ADVERTISING:                                CURRENT DUE                 .00
   PAST DUE              18.93                              TOTAL:               .00
   CURRENT DUE             .00
              TOTAL:     18.93                    INTEREST:
                                                     PAST DUE               2,534.46
                                                     CURRENT DUE              79.40
                                                            TOTAL:         2,613.86


                                                     SUB-TOTAL:          13,548.45

                                                     OTHER:              _____

                                                     TOTAL:              _____


**************************************************************************

PHONE:  (757)424-6444

MISSING BUSINESS REPORTS:   3     EST FRANCHISE FEES DUE (GROSS):   2,826.19

07/12/2008   05/28/2011   06/04/2011




UNCOLLECTED CASH:                .00
SECURITY DEPOSIT:           3,000.00-
```

| | | |
|---|---|---|
| From: (610) 668-2900<br>Alicia O'Connell<br>AAMCO Transmissions<br>201 Gibraltar Road<br>Horsham, PA 19044 | Origin ID: SEGA 　J11201104290225 | Ship Date: 13JUN11<br>ActWgt: 0.5 LB<br>CAD: 1926141/INET3180<br><br>Delivery Address Bar Code |
| SHIP TO: (610) 668-2900   BILL SENDER<br>**James Dunlap/Russell Blackburn**<br><br>**1330 S MILITARY HWY**<br><br>**CHESAPEAKE, VA 23320** | | Ref #<br>Invoice #<br>PO #<br>Dept # |

TRK# 7971 9722 0645
0201

TUE - 14 JUN A2
STANDARD OVERNIGHT

**XX ORFA**

23320
VA-US
ORF



50FG1/0CB0/F5F4

---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.


