

**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

AAMCO Transmissions, Inc.                          :
                                                   :
                    V.                             :            Civil Action
                                                   :            No: _____
James M. Dunlap                                    :
                                                   :

DISCLOSURE STATEMENT FORM **11    4009**

Please check one box:

☐          The nongovernmental corporate party, _____, in the
           above listed civil action does not have any parent corporation and publicly held
           corporation that owns 10% or more of its stock.

☒          The nongovernmental corporate party, AAMCO Transmissions, Inc. , in the
           above listed civil action has the following parent corporation(s) and publicly held
           corporation(s) that owns 10% or more of its stock:

           American Driveline Systems, Inc. _____

           _____

           _____

           _____

  6-17-11                                          _____
   Date                                                          Signature

               Counsel for:        AAMCO Transmissions, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

     (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental
corporate party to an action or proceeding in a district court must file two copies of a statement
that identifies any parent corporation and any publicly held corporation that owns 10% or more
of its stock or states that there is no such corporation.

     (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:

          (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition,
                 motion, response, or other request addressed to the court, and

          (2)    promptly file a supplemental statement upon any change in the
                 information that the statement requires: