AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-4009

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James Dunlaps
was received by me on *(date)* June 22 2011.

☒ I personally served the summons and Complaint on the individual at *(place)* 1330 S Military Hwy Chesapeake VA 23320 on *(date)* June 22 2011; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 6-22-11

*Server's signature*

James Sawh      Process Server
*Printed name and title*

1 Columbus Center Center Suite 600
*Server's address*  VA Beach VA 23462

Additional information regarding attempted service, etc: