IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC., <br><br> Plaintiff <br><br> v. <br><br> JAMES M. DUNLAP, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) Case No. 2:11-cv-04009-BMS |

## MOTION TO DISMISS AND COMPEL ARBITRATION

Defendant James M. Dunlap, by counsel, hereby moves this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure as well as 9 U.S.C. §§ 3 and 4 of the Federal Arbitration Act to dismiss this case and compel the parties to resolve the disputes herein by arbitration. A memorandum in support of this motion will be filed contemporaneously.

JAMES M. DUNLAP
By counsel

/s/ Thomas C. Regan
(electronically signed)

Thomas C. Regan, Esq.
**LeClair Ryan**
Two Penn Plaza East
Newark, NJ 07105
Telephone No. (973) 491-3600
Thomas.Regan@leclairryan.com
*Counsel for Defendant*

W. Michael Holm (Va. Bar # 21035)
**LeClair Ryan**
2318 Mill Road, Suite 1100
Alexandria, VA  22314
Telephone No. (703) 647-5927
Michael.Holm@leclairryan.com
*Of counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading was served electronically via the court's ECF system on:

William B. Jameson
AAMCO Transmissions, Inc.
201 Gibraltar Road, Suite 150
Horsham, PA 19044

/s/ Thomas C. Regan
(electronically signed)

Thomas C. Regan, Esq.
**LeClair Ryan**
Two Penn Plaza East
Newark, NJ 07105
Telephone No. (973) 491-3600
Thomas.Regan@leclairryan.com
*Counsel for Defendant*