IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC., | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. 2:11-cv-04009-BMS |
| JAMES M. DUNLAP, | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

    This matter is before the Court on the Motion to Dismiss and Compel Arbitration filed by the Defendant James M. Dunlap. Having considered the evidence and arguments presented by the parties and their counsel, the Court finds that the Franchise Agreement between the parties clearly requires arbitration of the disputes at issue in this matter. Accordingly, this case is dismissed without prejudice and the parties are directed to pursue the claims herein in arbitration.

    Entered this _____ day of _____, 2011.

_____
United States District Judge