IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AAMCO TRANSMISSIONS, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **JAMES M. DUNLAP** | : | NO. 11-4009 |

**O R D E R**

**AND NOW**, this 20th day of July, 2011, plaintiff's Motion for Leave to File a Reply Brief (Document 8) is **GRANTED**.

BY THE COURT:

_____
Berle M. Schiller, J.