IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMES DUNLAP, | : | No. 11-4009 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **1ˢᵗ** day of **August**, **2011**, it is hereby **ORDERED** that this Court shall conduct a Preliminary Injunction Hearing beginning on **Tuesday, August 9, 2011 at 10:30 am** in **Courtroom 13B** on Plaintiff's Motion for Preliminary Injunction. The Court will also hear oral argument on Defendant's Motion to Dismiss and to Compel Arbitration at that time.

BY THE COURT:

_____
**Berle M. Schiller, J.**