IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC.<br>　　　Plaintiff,<br>v.<br>JAMES M. DUNLAP<br>　　　Defendants. | No. 2:11-cv-04009-BMS |

## DECLARATION OF DIANA DIECIEDUE

I, Diana Dieciedue, an adult individual, declare as follows:

1. I am the Legal Collections Manager for AAMCO Transmissions, Inc. ("ATI").

2. Pursuant to ATI's accounting records, James M. Dunlap, as f August 3, 2011, is in arrears to AAMCO in the sum of $22,002.12.

3. I declare under penalty of perjury that the foregoing statements are true and correct.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Diana Dieciedue

1