IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

AAMCO TRANSMISSIONS, INC.
    Plaintiff,
v.
JAMES M. DUNLAP
    Defendant.

No. 2:11-cv-04009-BMS

**ORDER**

AND NOW, this 4th day of Aug, 2011, it is hereby ORDERED that the application of __JAMES A. GONIEA__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

FILED
AUG - 4 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

HONORABLE BERLE M. SCHILLER
United States District Court Judge

1