APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMES DUNLAP | : | NO. 11-4009 |

ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of __William Michael Holm__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 11-4009

APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __William Michael Holm__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __183259__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Virginia | 10/16/1981 | 21035 |
| District of Columbia | 04/16/1985 | 387808 |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| U.S. Supreme Court | 09/02/1988 | N/A |
| 4th Cir. C.A. | 03/15/1982 | N/A |
| Fed. Cir. C.A. | 06/15/2001 | N/A |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    James Dunlap

_(Applicant's Signature)_

August 3, 2011
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

LeClairRyan - (703) 647-5927

2318 Mill Road, Suite 1100

Alexandria, VA 22314

Sworn and subscribed before me this

3rd Day of August, 2011

Elizabeth M. Saladine
Notary Public
My Commission Expires 2/28/2013
Reg. no. 107692

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___William Michael Holm___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| THOMAS C. REGAN | _[signature]_ | ~1996 | PA 77295 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

LeClair Ryan, P.C.

One Riverfront Plaza, 1037 Raymond Blvd.

Newark, NJ 07102

My Comm. Exps. 7/31, 2014

Sworn and subscribed before me this

3rd Day of August, 2011

_[signature]_ Blenda L. Lowe
Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMES DUNLAP | : | NO.  11-4009 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ____William Michael Holm____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

William B. Jameson, Esq.

201 Gibraltar Road, Suite 150

Horsham, P.A  19044


_____
Signature of Attorney

William Michael Holm
Name of Attorney

Thomas C. Regan
Name of Moving Party

8/3/11
Date