APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AAMCO TRANSMISSIONS, INC.  :  CIVIL ACTION
:
v.  :
:
JAMES DUNLAP  :  NO. 11-4009

FILED
AUG - 8 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 8 Day of Aug , 20  , it is hereby

ORDERED that the application of William Michael Holm , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.