IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------
AAMCOTRANSMISSIONS, INC
       Plaintiff,

      v.             No.2:11-cv-04009-BMS

JAMES M. DUNLAP
       Defendant

### ORDER TO DISSOLVE THE PRELIMINARY INJUNCTION
### AND REMOVE THE STAY OF PROCEEDINGS

**AND NOW,** this _____ day of _____ , 2015, upon consideration of the Defendant's counter-motion to Dissolve the Preliminary Injunction Order and Continue the Injunction Bond, and the Court having determined that (1) the exercise of jurisdiction is appropriate; (2) the plaintiff has failed to succeed on the merits of its claim, an (3) the Plaintiff has knowingly produced false statements to obtain the Preliminary Injunction, it is hereby ordered that the Plaintiff's Motion for a Permanent Injunction is denied.

The motion of the defendant to dissolve the Preliminary Injunction is granted. Further, the stay of the proceedings is removed so that the defendant may respond to the original complaint .

By the Court

_____

Judge Berle M. Schiller