IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC., <br><br> Plaintiff <br><br> v. <br><br> JAMES M. DUNLAP, <br><br> Defendant. | Case No. 2:11-cv-04009-BMS |

## ORDER

THIS MATTER came to be heard this day on the motion of the law firm of LeClairRyan, A Professional Corporation, ("LeClairRyan") for leave to withdraw as counsel for Defendant James M. Dunlap in the above-entitled action.

IT APPEARING TO THE COURT that LeClairRyan seeks to withdraw as counsel as a result of Mr. Dunlap's desire to appear *pro se* in this matter, that Mr. Dunlap has through email consented to the relief sought in this motion, and has recently appeared in this case, *pro se,* by filing an opposition to Plaintiff's recent motion; therefore

IT IS ORDERED that the Motion by the law firm of LeClairRyan, A Professional Corporation, for Leave to Withdraw as counsel for Defendant, James M. Dunlap, is hereby granted, and the firm is relieved of any further representation of this Defendant in this matter.

4-20-15
DATE ENTERED

_____
JUDGE