IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMES M. DUNLAP, | : | No. 11-4009 |
| Defendant. | : | |

### ORDER

**AND NOW,** this **11th** day of **May**, **2015**, it is hereby **ORDERED** that a hearing in the above-captioned matter with regard to Plaintiff's Motion to Convert the Preliminary Injunction Into a Permanent Injunction and to Exonerate the Injunction Bond will be held on **Wednesday**, **June 10**, **2015**, at **10:00 a.m.** in Courtroom 13B.

BY THE COURT:

_____
**Berle M. Schiller, J.**