IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMES M. DUNLAP, | : | No. 11-4009 |
| Defendant. | : | |

**ORDER**

**AND NOW,** this **22nd** day of **July, 2015**, upon consideration of Plaintiff's Motion to Convert the Preliminary Injunction Into a Permanent Injunction and to Exonerate the Injunction Bond, Defendant's response thereto, and Plaintiff's reply thereon, and following an evidentiary hearing on June 10, 2015, and for the reasons outlined in this Court's Memorandum dated July 22, 2015, it is hereby **ORDERED** that:

1. Plaintiff's motion (Document No. 20) is **GRANTED**. In connection with Defendant's automotive repair business located at 1130 S. Military Highway, Chespeake, VA 23320, Defendant and his agents are hereby enjoined from:

   a. Using the proprietary marks "AAMCO," "AAMCO Transmissions," or any similar names or marks in any manner, including signs, stationary, letterheads, forms, printed matter, or advertising;

   b. Holding themselves out, directly or indirectly, as an authorized franchisee of Plaintiff, or as being in any way sponsored by, connected to, or associated with Plaintiff;

    c.    Engaging in any conduct which may indicate to potential purchasers of Defendant's repair services that Defendant's services are associated, endorsed, or sponsored by Plaintiff.

2.    Plaintiff's injunction bond is hereby exonerated.

3.    The Clerk of the Court is directed to close this case.

**BY THE COURT:**

_____

**Berle M. Schiller, J.**