UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES M. DUNLAP ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Case No.: 2:11-cv-04009-BMS <br><br> **NOTICE OF APPEAL** |

FILED

AUG 19 2015

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**NOTICE IS HEARBY GIVEN** that James M. Dunlap, defendant in the above case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on the 22nd day of July, 2015.

Dated: August 18, 2015

By: _____
James M. Dunlap, Pro Se
1312 Debree Avenue
Norfolk, VA 23517
(757)287-6815

## CERTIFICATE OF MAILING

       I hereby certify that on August 18, 2015, a true copy of the foregoing Notice of Appeal was filed with the Clerk of Court and that a true copy was mailed to:

**JAMES A. GONIEA**
WIGGIN & DANA LLP
TWO LIBERTY PL
50 S. 16TH ST STE 2925
PHILADELPHIA, PA 19102
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WILLIAM B. JAMESON**
COTTMAN TRANSMISSION
SYSTEMS, LLC
201 GIBRALTAR RD
SUITE 150
COTTMAN TRANSMISSION
HORSHAM, PA 19044
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

JAMES M. DUNLAP
Pro Se
1312 Debree Ave
Norfolk, VA 23517
miltondunlap@netzero.com
757-287-6815