# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AAMCO TRANSMISSIONS, INC.

                        District Court Docket Number

vs.

JAMES M. DUNLAP                             11-cv-04009

Notice of Appeal Filed 8/19/2015
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal __XPaid_____ _____Not Paid _____Seaman
    Docket Fee     __XPaid_____ _____Not Paid _____USA/VI

CJA Appointment (Attach Copy of Order)

_____Private Attorney
_____Defender Association or Federal Public Defender
_____Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

_____Motion Granted
_____Motion Denied
_____Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____Granted
_____Denied
_____Pending

                        Defendant's Address (for criminal appeals)

                    Prepared by: <u>s/Ashley Mastrangelo 8/19/2015                   </u>
                           Deputy Clerk/Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm